

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, TEXAS, | § | No. 08-22-00155-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| JOANNA CANGIALOSI, individually, and as next of friend of C.C., a minor child, surviving daughter, and as heir to the Estate of Annette Martinez; JOSE AGUILAR; RAYMOND AGUILAR; FIDEL AGUILAR; and ERIC AGUILAR, individually and as surviving sons and heirs to the Estate of Annette Martinez, | § | of El Paso County, Texas |
| | § | (TC# 2018DCV0797) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF APRIL, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.

We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, [both in this Court and the court below,] for which let execution issue.